IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RONDA W. HAMLIN,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRON SERVICES, INC. dba CREDIT SYSTEMS,<br><br>Defendant. | CV 16–82–H–DLC–JTJ<br><br>ORDER |

FILED

JAN 1 0 2017

Clerk, U.S District Court
District Of Montana
Missoula

Pursuant to the parties' Stipulation for Dismissal (Doc. 11),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot

Dated this 10th day of January, 2017.

Dana L. Christensen, Chief Judge
United States District Court